

## NUMBER 13-12-00345-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI ᴄ EDINBURG

---

JOSE ANTONIO
TORRES FLAMENCO,                                                    Appellant,

v.

THE STATE OF TEXAS,                                                  Appellee.

---

### On appeal from the 430th District Court
### of Hidalgo County, Texas.

---

## ORDER TO RETURN CLERK'S RECORD

### Before Justices Garza, Benavides, and Perkes
### Order Per Curiam

This cause is before the Court on counsel's failure to return the clerk's record to the Court. On September 13, 2013, counsel checked out the clerk's record for a period of thirty days, until October 14, 2013. The clerk's office has contacted appellant's counsel several times requesting that the record be returned. As of this date, the clerk's record has not been returned.

Appellant's counsel, Johnathan T. Ball, is hereby ORDERED to return the original clerk's record to this Court on or before May 16, 2014. Should counsel not be able to locate the original clerk's record, counsel is ORDERED to obtain another original copy of the clerk's record from the district clerk and have it filed on or before May 16, 2014.

The Clerk of this Court is ORDERED to serve a copy of this order on Johnathan T. Ball by certified mail, return receipt requested.

PER CURIAM

Do not publish.
Tex. R. App. P. 47.2(b).

Delivered and filed the
12th day of May, 2014.

2